**98–1888.  State ex rel. Meek v. Ghee.**
In Mandamus.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–1945.  State ex rel. Hambrick v. Ohio Adult Parole Auth.**
In Prohibition.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–1994.  State ex rel. Ferguson v. Rogers.**
In Mandamus.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–2002.  State ex rel. Gonzalez v. McGough.**
In Mandamus.  On answer of respondent and on motion to dismiss.  *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–2007.  Mortemore v. State.**
In Prohibition.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.
MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.
RESNICK, J., not participating.

**98–2075.  State ex rel. Urban v. Ohio Adult Parole Auth.**
In Prohibition.  *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–2116.  State ex rel. Lanham v. Ohio Adult Parole Auth.**
In Prohibition.  *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–2137.  State v. Johnson.**
Hamilton App. No. C–970695.  On review of order certifying a conflict.  The court determines that no conflict exists within the meaning of S.Ct.Prac.R. IV(2)(B).  This cause is therefore dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–2139.  State v. Leslie.**
Hamilton App. No. C–970686.  On review of order certifying a conflict.  The court determines that no conflict exists within the meaning of S.Ct.Prac.R. IV(2)(B).  See *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.  This cause is therefore dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–2140.  State v. McDonough.**
Hamilton App. No. C–970689.  On review of order certifying a conflict.  The court determines that no conflict exists within the meaning of S.Ct.Prac.R. IV(2)(B).  See *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.  This cause is therefore dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–2143.  State v. Ward.**
Hamilton App. No. C–970683.  On review of order certifying a conflict.  The court determines that no conflict exists within the meaning of S.Ct.Prac.R. IV(2)(B).  See *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.  This cause is therefore dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–2170.  State ex rel. Hall v. Ohio Adult Parole Auth.**
In Prohibition.  *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–2188.  State ex rel. Parks v. Ohio Adult Parole Auth.**
In Prohibition.  *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.